EDWARD SWITZER, Respondent, *vs.* THE ST. LOUIS & IRON MOUNTAIN RAILROAD Co., Appellant.

Tiarks vs. Same, *ante* p. 45, affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden,* for Appellant.

*J. B. Duchouquette,* and *B. B. Cahoon,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case presents the same questions as those raised in Tiarks vs. The St. Louis & Iron Mountain Railroad, *ante* p. 45, affirmed, and for the reasons given therein, the judgment must be reversed and the cause remanded. The other judges concur.

———O———

JOHN T. DEE, Respondent, *vs.* THE ST. LOUIS & IRON MOUNTAIN RAILROAD Co., Appellant.

Tiarks vs. Same, *ante* p. 45, affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden,* for Appellant.

*J. B. Duchouquette,* and *B. B. Cahoon,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case is similar to the case of Tiarks vs. The St. Louis & Iron Mountain Railway, *ante* p. 45, and for the reasons given therein the judgment must be reversed and the cause remanded. The other judges concur.